**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Travis Le–Ron CARRINGTON,
Defendant—Appellant.**

No. 12–6286.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 7, 2012.

Decided: May 16, 2012.

Travis Le–Ron Carrington, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Le–Ron Carrington appeals the district court's order denying a reduction in his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Carrington*, No. 3:00–cr–00388–JRS–2 (E.D.Va. Jan. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*